**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | | |
|---|---|---|
| **MOHENDER SINGH,** | : | |
| **Plaintiff,** | : | **1:26-CV-4213 (ALC)** |
| **-against-** | : | **ORDER OF DISMISSAL** |
| **DALJIT DOSANJH ET AL** | : | |
| **Defendants.** | : | |

--------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff filed the Complaint in this case on May 20, 2026. ECF No. 1. On August 27, 2026, the Court had not received notice that the Complaint had been served on Defendants and then issued an Order to Show Cause why this action should not be dismissed in its entirety under Federal Rule of Civil Procedure 4(m). ECF No. 22. Fed. R. Civ. P. 4(m) provides plaintiffs 90 days to perfect service on defendants. To date, Plaintiff has not provided any notice or proof of service to the Court and has also failed to respond to the Court's Order to Show Cause.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Because Plaintiff has not provided proof of service to the Court or responded to the Court's Order to Show Cause under Rule 4(m), this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

**Dated: September 4, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**